**Opinion filed February 16, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00247-CV

_____

### LARRY BOHANNON AND ADOBE OILFIELD SERVICES, LTD., Appellants
### V.
### TRILOGY OPERATING, INC., CHRIS SMITH, AND MICHAEL G. MOONEY, Appellees

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV47294**

### M E M O R A N D U M   O P I N I O N

Larry Bohannon and Adobe Oilfield Services, Ltd. are the appellants in this appeal. They have filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellants state that "[a] settlement agreement has been reached between the parties, part of which calls for the dismissal of this appeal." Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

February 16, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.